# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kelly Freeman,<br><br>              Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated, et al.,<br><br>              Defendants. | **NO. CV-15-01772-PHX-ROS**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed March 23, 2017, which granted the Motion for Summary Judgment, judgment is entered in favor of Defendant Express Recovery Systems and against Plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

Brian D. Karth
District Court Executive/Clerk of Court

March 23, 2017

By   s/ Kenneth G. Miller
     Deputy Clerk